UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STACY ORCUTT** | **CIVIL ACTION** |
| **VERSUS** | **NO.    12-2253** |
| **MCDONALD'S CORPORATION** | **SECTION "   "** |
| | **MAGISTRATE "   "** |

**COMPLAINT**

The complaint of Stacy Orcutt, a person of the full age of majority and resident of the Parish of Jefferson, State of Louisiana, respectfully represents:

PARTIES

I.

Plaintiff herein Stacy Orcutt is a person of the full age of majority and domiciled in Marrero, Jefferson Parish, Louisiana.

II.

Made defendant herein is MCDONALD'S CORPORATION (herein referred to "McDonald's"), a foreign corporation authorized and presently doing business in the State of

-1-

Louisiana.

III.

At all times pertinent herein, Defendant, McDonald's was the owner and operator of McDonald's Restaurant located at 1681 Barataria Blvd., Marrero, Louisiana 70072.

JURISDICTION

IV.

Jurisdiction of this cause of action against the aforesaid defendant is based upon diversity of citizenship pursuant to 28 USCA 1332 and amount in controversy exceed $75,000.00.

V.

Further, Plaintiff is entitled to an amount with the jurisdictional limits of this Honorable Court.

VI.

On or about July 16, 2012, Plaintiff, Stacy Orcutt was an invitee, customer and guest patron at the McDonald's Store located at 1681 Barataria Blvd., Marrero, Louisiana 70072.

VII.

On July 16, 2012, Plaintiff, Stacy Orcutt, was eating at table in said McDonald's Restaurant. After eating, Plaintiff left the table and proceeded toward the bathroom. As Ms. Orcutt was walking past the last table prior to the bathroom, she slipped on a puddle and/or collection of water from a mop. At the site of the slip and fall, there were no cones and nor warning signs that the area was wet or was mopped.

VIII.

As a result of the slip and fall, Plaintiff sustained severe injuries to her right knee in connection with the fall. Thereafter, the Plaintiff was treated at the emergency room at West Jefferson General Hospital.

IX.

Defendant's employees were negligent for failing to place a warning sign or cone notifying that said area had been mopped and was wet.

X.

Plaintiff sustained injuries to her back and knee.

XI.

That Plaintiff is completely without fault in the above described accident.

CAUSES OF ACTION

XII.

Based on the conduct and inaction of Defendant, Plaintiff has a claim for damages as a result of the above described accident for negligence and gross negligence.

XIII.

The accident referred to above, and the resulting injuries and damages, were caused solely and proximately by the fault and negligence of Defendant, which fault and negligence consisted of the following:

    A.    In failing to use reasonable care in maintaining the area;

    B.    In failing to properly protect patrons from injury caused employee mopping the floor;

    C.    Failing to train its employees on placement of cones and warning signs upon mopping;

    D.    In failing to properly keep a proper look-out while Defendant's employee is mopping the premises;

    E.    In failing to establish proper procedures for mopping;

    F.    In creating and/or having actual or constructive notice of the condition which caused Plaintiff's injury prior to its occurrence;

    G.    Other acts of fault or negligence which will be proved at the trial of this matter.

XIV.

As a result of said accident, Plaintiff, STACY ORCUTT, sustained personal injuries as previously referenced.

XV.

As a result of the accident and injuries referred to above, Plaintiff, STACY ORCUTT has suffered pain, disability and medical expenses and will continue to suffer such losses in the future.

XVI.

Plaintiff, STACY ORCUTT, is therefore entitled to damages including but not limited to past and future pain and suffering, past any future emotional damages, past and future medical expenses, for injuries set out above in such amounts as are reasonable in the premises.

XVII.

Plaintiff, STACY ORCUTT, avers that she is entitled to damages from the Defendant, as a result of the above described accident and gross negligence.

WHEREFORE, Plaintiff, STACY ORCUTT, prays that the Defendant, MCDONALD'S CORPORATION be served with a certified copy of this complaint and duly cited to appear and answer same within the delays allowed by law and after all due delays and legal proceedings be had, there be judgment herein in favor of Plaintiff and against the Defendant in an amount reasonable for the injuries sustained by Plaintiff, together with legal interest from date of judicial demand and for all costs incurred.

**Respectfully submitted,**

*/s/ J. Douglas Sunseri*

_____
**J. DOUGLAS SUNSERI (#19173) T.A.
NICAUD & SUNSERI, L.L.C.**
A Group of Professional Law Corporations
3000 18th Street
Metairie, Louisiana 70002
Telephone: (504) 837-1304

Attorneys for Plaintiff, Stacy Orcutt

-1-