UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STACY ORCUTT | CIVIL ACTION |
| VERSUS | NO.   12-2253 |
| MCDONALD'S CORPORATION | EEF-KWR |

**MEMORANDUM IN SUPPORT
OF PLAINTIFF'S *EX-PARTE* MOTION TO TRANSFER TO STATE COURT**

**MAY IT PLEASE THE COURT:**

On September 13, 2012, Plaintiff filed a Complaint in the above entitled proceedings seeking damages from an incident which occurred on July 16, 2012, wherein Plaintiff was an invitee, customer and guest patron at the McDonald's Store located at 1681 Barataria Boulevard, Marrero, LA 70072.

Defendant, McDonald's Corporation was served with Summons and Complaint on September 18, 2012 as a foreign corporation. Jurisdiction was established on the basis of diversity. Thereafter, Counsel herein learned that the defendant was incorrectly named.

-1-

The correct defendant is McDonald's Restaurants of Louisiana, Inc.  Accordingly, Plaintiff filed a First Supplemental and Amending Complaint amending her original Complaint to substitute the correct Defendant, namely, McDonald's Restaurants of Louisiana, Inc.  Accordingly, there was no longer any diversity as a basis for jurisdiction.

Defendant, McDonald's Restaurants of Louisiana, Inc. was served with Summons and First Supplemental and Amending Complaint on October 8, 2012.  On October 22, 2012, Defendant, McDonald's Restaurants of Louisiana, Inc. filed an Answer to Complaint and First Supplemental and Amending Complaint and Demand for Trial by Jury.

At all times relevant, Defendant, McDonald's Restaurants of Louisiana, Inc. was a Louisiana corporation authorized to do and presently doing business in the State of Louisiana.  Accordingly, there is no longer subject matter jurisdiction.

Based on the above and foregoing, Plaintiff is seeking to transfer this mater to state court, specifically, the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana.  Counsel for Defendant has been contacted and has no objection to the transfer.  Further, the transfer will not cause prejudice to any party.

Plaintiff herein respectfully requests this matter be transferred to the 24th Judicial District

Court for the Parish of Jefferson, State of Louisiana for further proceedings.

                **Respectfully submitted,**

                */s/ J. Douglas Sunseri*

                _____
                **J. DOUGLAS SUNSERI (#19173)**
                **NICAUD & SUNSERI, L.L.C.**
                **A Group of Professional Law Corporations**
                3000 18th Street
                Metairie, LA 70002
                (504) 837-1304
                Attorneys for Plaintiff, STACY ORCUTT

## CERTIFICATE OF SERVICE

      I hereby certify that on this 25th day of October, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

                */s/ J. Douglas Sunseri*

                _____
                J. DOUGLAS SUNSERI