UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STACY ORCUTT | CIVIL ACTION |
| VERSUS | NO.   12-2253 |
| MCDONALD'S CORPORATION | EEF-KWR |

**PLAINTIFF'S *EX-PARTE* MOTION TO REMAND TO STATE COURT**

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, STACY ORCUTT, who respectfully moves this Honorable Court to remand the above captioned proceedings to state court, namely, the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, for the reasons specifically stated in the attached memorandum in support.

**Respectfully submitted,**

*/s/ J. Douglas Sunseri*
_____
**J. DOUGLAS SUNSERI (#19173)**
**NICAUD & SUNSERI, L.L.C.**
**A Group of Professional Law Corporations**
3000 18th Street
Metairie, LA 70002
(504) 837-1304

Attorneys for Plaintiff, STACY ORCUTT

-1-

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.  I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

*/s/ J. Douglas Sunseri*
_____
J. DOUGLAS SUNSERI