UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STACY ORCUTT | CIVIL ACTION |
| VERSUS | NO.   12-2253 |
| MCDONALD'S CORPORATION | EEF-KWR |

### ORDER

_____Considering the above and foregoing Motion to Remand to State Court filed by Plaintiff, STACY ORCUTT:

IT IS HEREBY ORDERED that the above captioned matter be remanded to the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana.

New Orleans, Louisiana, this   30th   day of _____October_____, 2012.

_____
UNITED STATES DISTRICT JUDGE

-1-